## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC HEATH,<br>(SPN #02550401) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-17-2864 |
| | § | |
| ED GONZALEZ, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on ____March 9____, 2018.


VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE